# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-647-070**

Effective date of registration:

July 12, 2012

## Title

      **Title of Work:** MAXIMUM CONVICTION

## Completion/Publication

      **Year of Completion:** 2012

## Author

      ■     **Author:** Maxcon Productions Inc
      **Author Created:** entire motion picture
      **Work made for hire:** Yes
      **Domiciled in:** United States

## Copyright claimant

      **Copyright Claimant:** Maxcon Productions Inc
      100 Universal City Plz 5183, Universal City, CA, 91608, United States
      **Transfer Statement:** By written agreement

## Rights and Permissions

      **Name:** Bryan Sexton
      **Email:** bs@hmbmail.com     **Telephone:** 818-733-3700
      **Address:** 100 Universal City Plz 5183
      Universal City, CA 91608 United States

## Certification

      **Name:** Peter Richards
      **Date:** July 11, 2012
      **Applicant's Tracking Number:** 8728-4736-3975